# DECLARATION IN SUPPORT OF PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

Summoned Party: Matthew Bagdasarian

Taxpayer: Matthew Bagdasarian

I, Betty Huerta, pursuant to 28 U.S.C. § 1746(2), declare as follows:

1. I am employed as a Revenue Officer of the Internal Revenue Service ("IRS"), with a post of duty in El Segundo, California. I am authorized to issue IRS summonses under the authority of § 7602 of Title 26 of the United States Code ("U.S.C.") the Internal Revenue Code ("IRC" and "the Code"). See Treas. Reg., § 301.7602-1 (26 C.F.R.); see also IRS Delegation Order No. 25-1, http://www.irs.gov/irm/part1/irm_01-002-052.html#d0e136.

2. I am over eighteen years of age, and I am not a party to the Government's federal court case to enforce the subject summons. I make this declaration in support of the United States' petition to enforce the subject summons.

3. As a Revenue Officer, my duties include collecting delinquent tax accounts, securing delinquent tax returns, filing and releasing Federal tax liens, performing credit analyses and evaluations of assets, and conducting tax investigations of federal income tax returns and other information, excise, or specialty returns that have been filed or should have been filed by individual and business taxpayers, including corporations, partnerships, and fiduciaries, in order to assist the IRS in determining the taxpayer's correct tax liability, and in cases where the required returns are not filed, I also assist the IRS in investigating whether such returns should have been filed and determining the taxpayer's correct tax liability.

4. In my capacity as a Revenue Officer, I am conducting an investigation in to the collection of previously assessed yet unpaid federal tax liabilities of Matthew Bagdasarian (hereinafter referred to as the "taxpayer" "summoned party"

or "respondent") for the taxable periods ended December 31, 2005, December 31, 2006, and December 31, 2007 (hereinafter referred to as the "subject taxable periods," "subject tax periods," and "subject tax years").

6. The purpose of the investigation is to make a determination on the collectability of the taxpayer's outstanding assessed tax liability for the subject tax years. The records sought by the summons may be relevant to the IRS's ability to collect the taxpayer's previously assessed yet unpaid tax liability for the subject tax year. Specifically, by the subject collection summons, I summonsed the taxpayer for documents and records regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit, which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest from January 1, 2016, to June 30, 2016. Said records may be relevant to my ability to identify property, rights to property and all interests in property that the taxpayer may have, which may be relevant to current potential sources of collection, and may include income sources and bank accounts which may be subject to levy.

7. As of the date of this declaration, I have not made any of the final determinations referred to in the immediately preceding paragraph.

8. On July 1, 2016, in furtherance of the above-referenced investigation and in accordance with 26 U.S.C. § 7602, I issued an administrative summons, IRS Form 6637, to Respondent to appear on August 12, 2016, before the IRS to give testimony and to produce for examination books, records, papers, and other data as described in the IRS summons.

9. On July 7, 2016, in accordance with 26 U.S.C. § 7603, I served an attested duplicate original copy of the IRS summons described in the immediately preceding paragraph on the summoned party, which I accomplished by leaving a duplicate original copy of the summons, which contained the attestation required by 26 U.S.C. § 7603, at the last and usual place of the abode of Respondent, the person to whom it was directed. A true and correct copy of the attested copy of the

summons is attached hereto as **Exhibit 1**. I left the copy of the summons in a sealed envelope addressed to the summonsed party, taped to the front door. A true and correct copy of the certificate of service with respect to the summons is attached hereto as **Exhibit 2**.

10. On August 12, 2016, the summoned party failed to appear before the IRS in response to the summons, and the summoned party has not produced the documents, records, and other information described in the summons. The summoned party has not otherwise provided the summoned information. Respondent's failure to comply with the summons continues to the date of this declaration.

11. On September 14, 2016, IRS Counsel Attorney Laura Mullin sent the summoned party a "last-chance" letter indicating that unless the summoned party provided the testimony, documents, records, and other information described in the summons by October 14, 2016, legal proceedings would be brought against the summoned party in the United States District Court for not complying with the summons. The letter is attached hereto as **Exhibit 3**.

12. On October 14, 2016, the summoned party failed to appear before the IRS and provide the information requested in the summons.

13. As of the date of this declaration, the summoned party has not given the testimony and has not produced the books, papers, records, and other data sought by the IRS summons.

14. The testimony sought by the IRS summons is not already in the possession of the IRS.

15. The books, papers, records, and other data sought by the IRS summons are not already in the possession of the IRS.

16. All administrative steps required by the IRC in connection with the issuance and service of the IRS summons have been taken.

17. The testimony and the books, records, papers, and other data demanded by the IRS summons may be relevant to the determination on the collectability of the taxpayer's federal tax liability and the determination of whether there are other parties who are liable for federal taxes on whose behalf the Respondent received income.

18. No recommendation for criminal prosecution of the taxpayer has been made by the IRS to the United States Department of Justice. In addition, no Department of Justice referral, as described in 26 U.S.C. § 7602(c), is in effect with respect to the taxpayer for the tax periods under investigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on APRIL 7, 2017.

Betty Huerta
Revenue Officer
Internal Revenue Service

Exhibit 1



# Summons

## Collection Information Statement

In the matter of __MATTHEW BAGDASARIAN_____ TORRANCE, CA_____
Internal Revenue Service *(Identify Division)* __SMALL BUSINESS/SELF EMPLOYED_____
Industry/Area *(Identify by number or name)* __Small Business / Self Employed_____
Periods: _Form 1040 for the calendar periods ending December 31, 2005, December 31, 2006 and December 31, 2007_

### The Commissioner of Internal Revenue

**To:** MATTHEW BAGDASARIAN_____
**At:** _____ TORRANCE, CA_____

You are hereby summoned and required to appear before _B. HUERTA_, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From _01/01/2016_ To _06/30/2016_

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

**Attestation**

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____          __REVENUE OFFICER, 1000235500__
Signature of IRS Official Serving the Summons                  Title

Business address and telephone number of IRS officer before whom you are to appear:

_222 N. SEPULVEDA, SUITE 800, EL SEGUNDO CA 90245-4341 (310) 414-3682_____

Place and time for appearance at: _222 N. SEPULVEDA, SUITE 800, EL SEGUNDO, CA 90245-4341_____

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the _12th_ day of _August_, _2016_ at _10:00_ o'clock _a_ m.

Issued under authority of the Internal Revenue Code this _1st_ day of _July_____, 2016

_B. HUERTA_ _____          REVENUE OFFICER_____
Signature of Issuing Officer                             Title

_____          _____
Signature of Approving Officer *(if applicable)*             Title

Part A -- to be given to person summoned

Exhibit 2



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date 7/7/16   Time 2:45 PM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

N/A

LEFT ON DOOR

Signature [signed]   Title 7/7/16

I certify that the copy of the summons served contained the required certification.

Signature [signed]   Title 7/7/16

EXHIBIT: 2  PAGE 1 of 1

Catalog No. 25000Q   Form 6637 (Rev. 10-2010)

Exhibit 3



OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
3018 FEDERAL BUILDING
300 N. LOS ANGELES STREET
LOS ANGELES, CALIFORNIA 90012

SEP 1 4 2016

CC:SB:8:LA:4:LJMullin
GL-128074-16

**Via Regular Mail, Certified Mail**

Matthew Bagdasarian

Torrance, CA

Dear Mr. Bagdasarian:

Small Business/Self-Employed California Area Collection of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on July 7, 2016. Under the terms of the summons, you were required to appear before Revenue Officer B. Huerta on August 12, 2016.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

      Name:    B. Huerta
      Date:    October 14, 2016
      Time:    10:00 AM
      Address:  222 N. Sepulveda Blvd Ste 800, El Segundo, CA 90245

Any books, records or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer B. Huerta at (310) 414-3682.

                                      Sincerely,

                                      SHERRI SPRADLEY WILDER
                                      Area Counsel
                                      (Small Business/Self-Employed: Area 8)

                          By: _/s/ Laura J. Mullin_
                              Laura J. Mullin
                              Attorney (Los Angeles, Group 4)
                              (Small Business/Self-Employed)

cc:    Revenue Officer B. Huerta, El Segundo, CA          EXHIBIT: 3    PAGE 1 of 1

